AUG 3 2026 AM 11:37
FILED-USDC-CT-NEW_HAVEN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

Yasmin Laracuente
_____

_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Honeywell Intl.
_____

_____

_____

_____

_____

_____

_____
Defendant(s).

(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied
by the court)

### A. PARTIES

1. Yasmin Laracuente is a citizen of Connecticut who
   (Plaintiff)                                    (State)
   presently resides at 110 crest avenue; east haven .
                        (mailing address)

2. Defendant Honeywell Intl. is a citizen of North Caroline
            (name of first defendant)                (State)

   whose address is 855 S. mint street; charlotte ,

   and who is employed as _____ .
                         (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _____Yes ✔_____No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _____ is a citizen of _____
              (name of second defendant)                              (State)

whose address is _____

and who is employed as _____.
                          (title and place of employment)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _____Yes _____No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

_____    42 U.S.C. § 1983 (applies to state defendants)

_____    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Attached with the Complaint paperwork file.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:** Attached with the complaint paperwork file.

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** Attached with the complaint paperwork file.

Supporting Facts:

**Claim III:** Attached with the complaint paperwork file.

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

a) Declaratory relief;
b) Back pay and front pay;
c) Compensatory damages;
d) An award of Plaintiff's reasonable costs;
e) Punitive damages; and
f) Such other relief as the Court deems just and proper.
g) emotional distress damages

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes __✓__        No _____

_____
Original signature of attorney (if any)

**Plaintiff's Original Signature**
*Yasmin Laracuente*

_____
Printed Name_____

Printed Name
Yasmin Laracuente

110 crest avenue;

east haven CT 06513

( )_____
Attorney's full address and telephone

(203) 491-9415
Plaintiff's full address and telephone

_____
Email address if available

yasminlaracuente@yahoo.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 110 Crest ave East Haven on ___8-3-2026___.
          (location)   CT 06513      (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5

AUG 3 2026 AM 11:37
FILED-USDC-CT-NEW HAVEN

United States District Court
District of Connecticut.

Yasmin Laracuente
          Plaintiff


v


Honeywell INT'L INC.
          Defendant


## Complaint


Pro Se Plaintiff Yasmin Laracuente hereby alleges for her Complaint the following:

① This Complaint alleges race and national origin discrimination and retaliation in employment in violation of VII, 42 U.S.C §§ 2000 e et seq. and the Connecticut Fair Employment Practices Act, Conn, Gen, Stat. § 46a-60(b)(i), (4).

② This Court has subject matter judisdiction over the complaint pursuant to 28 U.S.C. §§ 1331, 1367.

3- Venue is appropriate in this district pursuant to 28 U.S.C. § 1391 because the alleged acts and omissions occurred in the state of Connecticut.

4- Plaintiff Laracuente is an Hispanic individua born in Puerto Rico. Plaintiff worked for Defendant Honeywell for approximately sixteen years.

5- Defendant Honeywell International Inc. is a corporation formed in North Carolina. doing business in connecticut. Defendant has 15 or more employees. Defendant's registered agent for service is corporation Service Company Goodwin Square, 225 Asylum St 20 Floor, Hartford CT 06103, however headquaters is in 855 S Mint St, Charlotte, North Carolina 28202.

6- The defendent denied medical accomodation do to represary on multiple occassion. (42 U.S.C. § 12101). The ADA (Disability rights law).

7- At all times relevant to this Complaint, Plaintiff worked for defendant as on machine operator.

8- Plaintiff's job duties included surface-mount technology (SMT) machine operator. Also moved different locations on the ware-house however with out full training to perform the tasks.

9- Plaintiff was qualified for her job. as machine operator on surface mount technology (SMT).

10- Incidents that the plaintiff recall based on discrimination.

I - On 2016 while I was working on the SMT department wich cause burns on my hands due to not having proper PPE (gloves). Because of not having legal counsel the plaintiff didn't proceed. They never reported the incident on the timely manner. The plaintiff voiced her concerns, and was dismissed not even communicated to the supervisor in charge.

II

On July 2022 the plaintiff had a bad experience with a co-worker wich her name was Natalie. I communicate with Whynita Douglas. Whynita dismiss the plaintiff; due to aprevious incident with the group leader. Because the plaintiff was scared of the group leader; the plaintiff went to the team supervisor Sara Ruiz; when the plaintiff address her concerns the supervisor told her to wait to her supervisor Billie Jean to talk to her in the morning when the plaintiff came out of the office; the plaintiff witnessed the group leader talking the coworker Christine on line 5; telling her to not belive anything the plaintiff says;

10 - II continuation

because she didn't knew english because of her nationality (puertorrican) and her english wasn't good enough not like they speak because she wasn't born in the United States. Christine told her that what the group leader said at the moment was discrimination Christine told the plaintiff to go to HR; because I was being discriminated due to my nationality. We went there; and when my nightmare began. I was being secluded on working areas and denied overtime.

III

On November 2022 - a town meeting was held on the cafeteria and Mr. Steve. Mr. Steve was giving the town meeting regarding the incentive that they were going to give on thanksgiving. The Plaintiff told Mrs. Megan from (HR) That she knew that the plaintiff was advocating with the overtime. Mrs. Megan told the plaintiff that she could ask him. I asked if I could participate since I was legally

10- **III** continuation.

advocating for that, on wich he ignored me and the plaintiff insisted and was told to aok Billie Jean. The plaintiff aoked Billie Jean; and she told the plaintiff no. On that moment Mr. Steve lose control, the plaintiff told him that how is possible that some one is currently working all over the warehouse wouldn't be able to participate like the others. Mr. Steve lose control and close his first almost hitting the plaintiff. Billie Jean yelled "Laracuente, enough" and the plaintiff said "why; am not doing nothing wrong.

Law 18 §USC 1001 1621 in the interview CHRO in 2-5-25
CHRO- 2330494
CHRO-25 30378

**IV**

Was when the plaintiff was assigned to the department powerstrike where the plaintiff will worked by herself from 12:30 A-M. by herself sometimes; or from 2:00 AM to 4:00 AM on other ocassions. The plaintiff would be working on dark areas, and when the (supervisor) would
(Mr. Thom)

10 - IV continuation

arrive on shift would get scared due to be so dark and the surprisingly see the plaintiff working by herself on those circumstances the plaintiff meet Karina Luna, also she became a witness on the discrimination the plaintiff suffered based on the discrimination complaints.

11- In or around July 2022. Plaintiff had a verbal disagreement with her coworker, Juanita Douglas. Plaintiff reported Ms. Douglas disrespectful behavior toward her to Plaintiff supervisor, Sara Ruiz, regarding the incident with natalie.

12- Ms. Douglas tried to undermine Plaintiff status at work by telling Plaintiff. Coworker that Plaintiff was untrustworthy because Plaintiff was born in Puerto Rico and did not understand English well.

13- Plaintiff interpreted Ms Douglas statements as discriminatory on the basis of Plaintiff race and national origin.

14- Plaintiff felt offended by Ms. Douglas discriminatory statement and reported them to Defendant's Human Resources department or or about July 2022.

15- Plaintiff filed a charge with the Connecticut Human Rights and Opportunities Commission (CCHRO) alleging retaliation and discrimination on the basis of race and national origina on December 2022; with a phone interview with Ashanti Fleming However it was filed on April 2023.

16 - In retaliation for filing Plaintiff First CHRO Charge, Defendant segregated Plaintiff refused to train Plaintiff witheld her overtime pay and caused her to injure herself at work.
   Specifically, the plaintiff recalls a fews incidents.
   I -
   when the group leader maria refused to trained her. The group leader just provided a 15 minutes training on ACM-24 even the plaintiff was complaining about her arm.

16- I  continuation
The group leader told her that
she was always complaining and
keep putting her on the same task.
The incident Ocurred on August 2024
on the final cell, For the Acm-area.

II
Ms. Grant    (HR)
She stated that the Honeywell
policy didn't paid double time if
I had worked 8 hours for days
and 6 hours on the six day on the
7 I would had been paid double
Ms. Grant only mentioned it but
never showed the policy and in
the policy it mentions otherwise.
The incident ocurred on the HR
office on October 2024.
Law - 18 §§ USC  1621  1001 -interview with CHRO
III                    in            1-15-26
                    Case CHRO 2330494
The segregation happened under the
leadership of Sara Ruiz and Billie Jean.
The plaintiff was sent to work
Between October through December 2022.
also 2023,2024 after I submit the complaint in (CHRO).

17- Plaintiff filed a second CHRO Change on or about 2024. Wich was cross filed with the EEOC.

18- On or April 10, 2025. Defendent terminated Plaintiff employment. Section 1602.14

19- Plaintiff filed a Third CHRO Change On about December 2025. Because that was the dey the give me to submitted the paperwork but I call Ashanti right away the terminated.

20-The CHRO issued a finding of no probable cause as to plaintiff First CHRO charge on or about. February 9, 2026 But they don't give the letter until May 4, 2026.

21- Plaintiff received a Right to Sue letter from the EEOC dated. May 4 2026.

22-Plaintiff received Second CHRO change letter on May 4 2026 Third CHRO Change remain pending.

23- Plaintiff timely commenced this lawsuit.

First Cause of Action: Disparate Treatment in Violation of Title VII

24- Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

25- Plaintiff is a member of protected Classes because she is an Hispanic individual born in Puerto Rico.

26- Plaintiff was qualified for her position.

27- Plaintiff suffered an adverse employment action when Defendant terminated her employment.

28- Defendant adverse action was motivated by discriminatory animus toward Plaintiff as shown by The wrongful termination. The plaintiff received retaliation due to whistleblower claim in Osha, the CHRO cases complaints and the workers Compensation and also for filling a claim in the ethic Point towards a group leader couple day before termination.

29- Defendants actions Caused Plaintiff harm in the form of lost wages and emotional distress.

Second Cause of Action: Retalation in Violation of Title VII

30- Plaintiff repeats and realleges the foregoing Paragraphs as is fully set forth herein.

31- On December 2022, Plaintiff engaged in protected activity when she complained about discrimination on the basic of race and national origin to Defendant Human Resources department and by filling her First CHRO Charge on July 2022. Plaintiff also engaged in protected speech when she filed a Second CHRO Charge On June 2024 alleging retaliation and discrimination on the basis of race and national origin.

32- Plaintiff had a good faith, reasonable belief that the conduct about wich she Complained was discriminatory because of the complaints the plaintiff submitted. against the defendand.

33- Defendant knew about Plaintiff protected activity.

34- Defendant retaliated against Plaintiff by segregating Plaintiff, refusing to train her, failing to pay her overtime causing her to injure herself at work, and finally terminating her employment.

35- Defendant desire to retaliate against Plaintiff was the but-for cause of Defendant adverse because (e.g. it occurred within a short time period of Plaintiff protected activity).

36- Defendant adverse actions against Plaintiff would dissuade a reasonable person in Plaintiff's shoes from engaging in protected speech.

37- Defendant actions caused Plaintiff harm in the form of lost wages and emotional distress

Third Cause of Action: Discrimination in Violation of CFePA.

Fourth Cause of Action: Retaliation in Violation of CFEPA.

43- Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

44- Plaintiff engaged in protected activity when she filed her First CHRO Charge on or about December 2022 and her Second CHRO Charge on or about 2024.

45- Plaintiff had a good faith reasonable belief that the conduct about wich she complaints the plaintiff submitted against the defendand.

46- Defendant Knew about Plaintiff protected activity.

47- Defendant retaliated against Plaintiff following Plaintiff second CHRO Charge by segregating Plaintiff, refusing to train her failing to pay her Overtime causing her to injure herself at work and ultimately, terminating her employment.

48- Defendant desire to retaliate against Plaintiff was the but-for cause of Defendant adverse action because (e.g. it occurred within a short time period of Plaintiff protected activity).

49- Defendant's adverse actions against Plaintiff would dissuade a reasonable person in Plaintiff's shoes from engaging in protected speech.

50- Defendant's actions caused Plaintiff harm in the form of lost wages and emotional distress.

## Prayer For Relief

Wherefore, Plaintiff asks this court to enter a judgment. against the Defendant for:
a) Declaratory relief
b) Back pay and front pay
c) Compensatory damages
D) An award of Plaintiff reasonable costs.
E) Punitive damages
F) Such other
G) Emotinal distraes

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial.

Date: August 4, 2026

Name
Pro se Plaintiff  Yasmin Laracuente
Address: 110 Crest ave. East Haven CT 06513
Email: yasminlaracuente@yahoo.com
Phone: 203-491-9415